```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 00842
    STEVE S DUBORD
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-0759
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/01/06 and confirmed on 04/28/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  51000.49 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | 23777.52 | .00 | 23777.52 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 19115.24 | .00 | 19115.24 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 858.01 | .00 | 858.01 |
| PALISADES | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 42892.76 | .00 | 858.01 | .00 | 43750.77 |
| PRINCIPAL PAID | 42892.76 | .00 | 858.01 | .00 | 43750.77 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 42892.76 | .00 | 858.01 | .00 | 43750.77 |

The Debtor's attorney, MELVIN J KAPLAN          , was allowed $   3000.00
and was paid $   3000.00 .

The Trustee received $   1785.56 .

Refunds to the Debtor totaled $   2464.16 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 05/21/08              /S/
                              GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 06 B 00842 STEVE S DUBORD